# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Griffith, Thomas B. | 2. Court or Organization<br><br>US Court of Appeals-DC Circuit | 3. Date of Report<br><br>5/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>333 Constitution Avenue, NW<br>Suite 3917<br>Washington, DC 20001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board | American Bar Association/Rule of Law Initiative |
| 2. | Member, Board of Directors | Friends of the CEELI Institute |
| 3. | Member, Judges' Section | J. Reuben Clark Law Society |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Brigham Young University - Adjunct Professor salary | $26,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed genealogist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 2/8/2011-2/9/2011 | Harvard Law School Cambridge, MA | Speak to Student Chapter | Airfare, lodging, meals, taxi |
| 2. | Federalist Society / J. Reuben Clark Law Society | 3/22/2011 - 3/23/2011 | Univ. of Virginia Law School Charlottesville, VA | Speak to Student Chapters | Mileage, lodging, meals |
| 3. | NYU Moot Court | 4/12/2011 - 4/13/2011 | NYU Law School New York City, NY | Judge final round of NYU Moot Court Competition | Taxi, meals |
| 4. | Federalist Society | 4/13/2011 - 4/14/2011 | Yale Law School New Haven, CT | Speak to Student Chapter | Train fare, lodging, taxi, meals |
| 5. | Meeting of D.C. Circuit Judicial Conference | 6/27/2011 - 6/29/2011 | Hyatt Regency Chesapeake Bay Resort, Spa and Marina Cambridge, MD | Attend Circuit Judicial Conference | Lodging, meals, mileage |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Griffith, Thomas B.** | 5/15/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Cincinnati Young Single Adult Conference | 8/20/2011 - 8/21/2011 | Cincinnati, OH | Speak at LDS Young Single Adult Conference | Airfare, meals |
| 7. | BYU Management Society | 10/28/2011 - 10/29/2011 | Oklahoma City, OK | Speak to BYU Management Society | Airfare, hotel, meals, shuttle, taxi |
| 8. | Houston Young Single Adult Conference | 10/29/2011 - 10/30/2011 | Houston, TX | Speak to LDS YSA Regional Conference | Airfare, lodging, meals, shuttle, bag check fee |
| 9. | Federalist Society / J. Reuben Clark Law Society | 11/9/2011 - 11/10/2011 | William & Mary School of Law Williamsburg, VA | Speak to Student Chapters | Mileage, meals |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Griffith, Thomas B.** | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Capital One | Finance Plan | K |
| 2. | Wells Fargo | Credit Card | J |
| 3. | Discover | Finance Plan | J |
| 4. | American Express | Credit Card | J |
| 5. | Chase | Finance Plan | J |
| 6. | Dell | Finance Plan | J |
| 7. | C & D Construction | Unsecured Construction Loan | K |
| 8. | | | |
| 9. | | | |
| 10. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo Bank Acct | A | Interest | J | T | | | | | |
| 2. | New York Life Whole Life Policy | A | Interest | J | T | | | | | |
| 3. | Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 4. | Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 5. | DMBA Investment Fund | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 5/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Griffith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544